1

2

3

4

5

6

7                        UNITED STATES DISTRICT COURT

8                        EASTERN DISTRICT OF CALIFORNIA

9   ERIC GRANT,                        CASE NO.: 08-00672 FCD-KJM

10              Plaintiff,             ORDER GRANTING TEMPORARY
                                       RESTRAINING ORDER AND SETTING
11      v.                             HEARING FOR PRELIMINARY
                                       INJUNCTION
12  KAMEHAMEHA SCHOOLS/BERNICE
    PAUAHI BISHOP ESTATE; J. DOUGLAS
13  ING, NAINOA THOMPSON, DIANE J.
    PLOTTS, ROBERT K.U. KIHUNE, and
14  CORBETT A.K. KALAMA, in their
    capacities as Trustees of the
15  Kamehameha Schools/Bernice Pauahi
    Bishop Estate; JOHN DOE; and JANE
16  DOE,

17              Defendants.
    _____/
18
    JOHN DOE; and JANE DOE,
19
                Counter-Claimants
20

21              v.
    KAMEHAMEHA SCHOOLS/BERNICE
22  PAUAHI BISHOP ESTATE; J. DOUGLAS
    ING, NAINOA THOMPSON, DIANE J.
23  PLOTTS, ROBERT K.U. KIHUNE, and
    CORBETT A.K. KALAMA, in their
24  capacities as Trustees of the
    Kamehameha Schools/Bernice Pauahi
25  Bishop Estate; and ERIC GRANT,

26              Counter-Defendants
    _____/
27

28

1   The Court, having considered (1) John and Jane Doe's (the "Does")

2   Cross-Claim for a Temporary Restraining Order, Preliminary Injunction,

3   Permanent Injunction, and for Declaratory Relief; (2) the Does'

4   application for a temporary restraining order and order to show cause;

5   (3) the accompanying memorandum of points and authorities in support

6   of the application; and (4) the declarations of Jane Doe and Ken T.

7   Kuniyuki, finds that the case is a proper case for the granting of an

8   order to show cause and a temporary restraining order:

9   IT IS HEREBY ORDERED that defendants appear in Court Room: No. 2

10  of this Court located at 501 I Street, Sacramento, California 95814 on

11  **April 17, 2008, at 4:00 p.m.** or as soon thereafter as the matter may

12  be heard, then and there to show cause, if any, why cross-defendants

13  Kamehameha Schools/Bernice Pauahi Bishop Estate; J. Douglas Inc.,

14  Nainoa Thompson, Diane J. Plotts, Robert K. U. Kihune, and Corbett

15  A.K. Kalama (collectively the "Estate") their officers, agents,

16  employees, attorneys and representatives should not be enjoined and

17  restrained during the pendency of this action from directly or

18  indirectly disclosing the identities of the Does unless and until

19  otherwise permitted by this Court in order to effectuate a writ of

20  attachment or other order issued by this Court.

21  IT IS FURTHER ORDERED that pending the hearing on the preliminary

22  injunction the Estate, their officers, agents, employees, attorneys

23  and representatives are hereby enjoined and restrained from directly

24  or indirectly disclosing the identities of the Does unless and until

25  otherwise permitted by this Court in order to effectuate a writ of

26  attachment or other order issued by this Court.

27  IT IS FURTHER ORDERED that any pleading, exhibit or other

28  document filed with the Court that refers to the actual identities of

the Does be filed under seal in this matter in accordance with Local Rule 39-141.

IT IS HEREBY ORDERED that copies of the Does' Cross-Complaint, the Application and supporting declarations and this Order shall be served on the Estate not later than April 7, 2008; that any opposition filed by Estate shall be filed and served on the Does' counsel by **April 11, 2008**, at 4:00 p.m. and that any reply filed by the Does shall be filed and served on the Estate by **April 15, 2008** at 4:00 p.m.

IT IS HEREBY ORDERED that the Does are not required to post a bond as provided by Local Rule 65.1-151.

This Order is issued on April 7, 2008 at 12:00 p.m.

_____
FRANK C. DAMRELL, JR.
United States District Judge