| | |
|---|---|
| 1 | Bingham McCutchen LLP |
| | CHARLENE S. SHIMADA (SBN 91407) |
| 2 | charlene.shimada@bingham.com |
| | Three Embarcadero Center |
| 3 | San Francisco, CA  94111-4067 |
| | Telephone:  415.393.2000 |
| 4 | Facsimile:  415.393.2286 |
| 5 | Alston Hunt Floyd & Ing |
| | PAUL ALSTON (Admitted Pro Hac Vice) |
| 6 | palston@ahfi.com |
| | 18th Floor American Savings Bank Tower |
| 7 | 1001 Bishop Street |
| | Honolulu, HI  96813 |
| 8 | Telephone:  808.524-1800 |
| | Facsimile:  808-524-4591 |
| 9 | |
| | Attorneys for Defendants |
| 10 | KAMEHAMEHA SCHOOLS/BERNICE |
| | PAUAHI BISHOP ESTATE; J. DOUGLAS |
| 11 | ING, NAINOA THOMPSON, DIANE J. |
| | PLOTTS, ROBERT K.U. KIHUNE, and |
| 12 | CORBETT A.K. KALAMA, in their capacities |
| | as Trustees of the Kamehameha |
| 13 | Schools/Bernice Pauahi Bishop Estate |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC GRANT, | No. 08-00672 FCD-KJM |
| Plaintiff, | STIPULATION AND ORDER EXTENDING TIME TO OPPOSE MOTION FOR PRELIMINARY INJUNCTION |
| v. | |
| KAMEHAMEHA SCHOOLS/BERNICE PAUAHI BISHOP ESTATE; J. DOUGLAS ING, NAINOA THOMPSON, DIANE J. PLOTTS, ROBERT K.U. KIHUNE, and CORBETT A.K. KALAMA, in their capacities as Trustees of the Kamehameha Schools/Bernice Pauahi Bishop Estate; JOHN DOE; and JANE DOE, | |
| Defendants. | |
| JOHN DOE and JANE DOE, | |
| Cross and Counter-Claimants, | |
| v. | |
| KAMEHAMEHA SCHOOLS/BERNICE PAUAHI BISHOP ESTATE; J. DOUGLAS ING, NAINOA THOMPSON, DIANE J. PLOTTS, ROBERT K.U. KIHUNE, and CORBETT A.K. KALAMA, in their capacities as Trustees of the Kamehameha Schools/ Bernice Pauahi Bishop Estate; and ERIC GRANT, | |
| Cross and Counter-Defendants. | |

1. All parties to this action hereby stipulate that the time for defendants/cross-
2. defendants Kamehameha Schools/Bernice Pauahi Bishop Estate; J. Douglas Ing, Nainoa
3. Thompson, Diane J. Plotts, Robert K.U. Kihune, and Corbett A.K. Kalama, in their capacities as
4. Trustees of the Kamehameha Schools/Bernice Pauahi Bishop Estate, to file papers in opposition
5. to the motion for preliminary injunction filed by defendants/cross-claimants John Doe and Jane
6. Doe (including but not limited to challenges to jurisdiction) is extended from
7. Friday, April 11, 2008 to Monday, April 14, 2008, at 4:00 p.m.
8. The extension is necessary because the parties are discussing terms on which the
9. entire matter may be stayed.

DATED: April 11, 2008    Bingham McCutchen LLP

By: _____/s/ Charlene S. Shimada_____
Charlene S. Shimada
Attorneys for Defendants and Cross-Defendants
KAMEHAMEHA SCHOOLS/BERNICE PAUAHI
BISHOP ESTATE; J. DOUGLAS ING, NAINOA
THOMPSON, DIANE J. PLOTTS, ROBERT K.U.
KIHUNE, and CORBETT A.K. KALAMA, in their
capacities as Trustees of the Kamehameha Schools/Bernice
Pauahi Bishop Estate

DATED: April 11, 2008    Levin & Stein

By: _____/s/ Jerry H. Stein_____
Jerry H. Stein
Attorneys for Defendants, Counter-Claimants and Cross-Claimants
JOHN DOE and JANE DOE

DATED: April , 2008    Banks & Watson

By: _____/s/ James J. Banks_____
James J. Banks
Attorneys for Plaintiff and Counter-Defendant
ERIC GRANT

ORDER ON FOLLOWING PAGE

1      IT IS SO ORDERED.

2 DATED: April 11, 2008

                                                  FRANK C. DAMRELL, JR.
                                                  UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER EXTENDING TIME TO OPPOSE MOTION FOR PRELIMINARY INJUNCTION
CASE NO.08-00672 FCD-KJM