1  Bingham McCutchen LLP
   CHARLENE S. SHIMADA (SBN 91407)
2  charlene.shimada@bingham.com
   Three Embarcadero Center
3  San Francisco, CA  94111-4067
   Telephone:  415.393.2000
4  Facsimile:  415.393.2286

5  Alston Hunt Floyd & Ing
   PAUL ALSTON (Admitted Pro Hac Vice)
6  CLYDE J. WADSWORTH (SBN 118928)
   palston@ahfi.com
7  cwadsworth@ahfi.com
   18th Floor American Savings Bank Tower
8  1001 Bishop Street
   Honolulu, HI  96813
9  Telephone:  808.524-1800
   Facsimile:  808-524-4591
10

   Attorneys for Defendants and Crossclaim
11 Defendants KAMEHAMEHA
   SCHOOLS/BERNICE PAUAHI BISHOP
12 ESTATE; J. DOUGLAS ING, NAINOA
   THOMPSON, DIANE J. PLOTTS, ROBERT
13 K.U. KIHUNE, and CORBETT A.K. KALAMA,
   in their capacities as Trustees of the Kamehameha
14 Schools/Bernice Pauahi Bishop Estate

15                           UNITED STATES DISTRICT COURT

16                           EASTERN DISTRICT OF CALIFORNIA

17  ERIC GRANT,                                               No. 08-00672 FCD-KJM

18         Plaintiff,                                         STIPULATION AND
           v.                                                 ORDER REGARDING
19                                                            NONDISCLOSURE
    KAMEHAMEHA SCHOOLS/BERNICE PAUAHI BISHOP
20  ESTATE; J. DOUGLAS ING, NAINOA THOMPSON, DIANE
    J. PLOTTS, ROBERT K.U. KIHUNE, and CORBETT A.K.
21  KALAMA, in their capacities as Trustees of the Kamehameha
    Schools/Bernice Pauahi Bishop Estate; JOHN DOE; and JANE
22  DOE,
           Defendants.
23
    JOHN DOE and JANE DOE,
24
           Cross and Counter-Claimants,
25         v.

26  KAMEHAMEHA SCHOOLS/BERNICE PAUAHI BISHOP
    ESTATE; J. DOUGLAS ING, NAINOA THOMPSON, DIANE
    J. PLOTTS, ROBERT K.U. KIHUNE, and CORBETT A.K.
27  KALAMA, in their capacities as Trustees of the Kamehameha
    Schools/ Bernice Pauahi Bishop Estate; and ERIC GRANT,
28         Crosslaim Defendants.

1  James Banks, counsel for Plaintiff/Counter-Claim Defendant Eric Grant; Jerry
2  Stein, counsel for Defendant/Counter- and Cross-Claimants John and Jane Doe (together, "the
3  Does"); and Paul Alston, Charlene S. Shimada and Robert A. Brundage, counsel for Defendants
4  and Crossclaim Defendants Kamehameha Schools/Bernice Pauahi Bishop Estate and J. Douglas
5  Ing, Nainoa Thompson, Diane J. Plotts, Robert K.U. Kihune, and Corbett A.K. Kalama, in their
6  capacities as Trustees of the Kamehameha Schools/Bernice Pauahi Bishop Estate (collectively,
7  "Kamehameha Schools") came before the Court for hearing on April 17, 2008.
8  After discussion, the Parties agreed as follows:
9  1. Pending further order of the Court, Kamehameha Schools will not, directly or
10 indirectly, disclose the identities of one or both of the Does.  Provided, however, that nothing
11 herein will limit Kamehameha Schools' rights to seek this Court's approval for any disclosure
12 authorized under the May 2007 Settlement Agreement.
13 2. Kamehameha Schools may move for an order permitting disclosure upon
14 notice briefing and hearing.  Kamehameha Schools will not seek to have any hearing on such a
15 motion held on shortened notice unless the disclosure is a compulsory disclosure (*i.e.,* for
16 regulatory reasons, in response to a subpoena, or other court order) and circumstances beyond
17 Kamehameha Schools' ability to control prevent approval on a noticed motion set in the ordinary
18 course without shortening time.  Kamehameha Schools will give counsel for the Does and Grant
19 immediate written notice of any circumstance which might necessitate such shortened notice.
20 3. All of Kamehameha Schools' objections to personal and subject matter
21 jurisdiction are preserved and this stipulation shall not prejudice Kamehameha Schools in any
22 way with respect thereto.  Kamehameha Schools' right to object to venue and seek a transfer of
23 venue of this case pursuant to 28 U.S.C. § 1404 et seq. is similarly preserved intact.
24 4. Counsel for Kamehameha Schools, without waiving any of the rights and
25 objections retained in the preceding paragraph, will forthwith waive service of Grant's complaint
26 pursuant to Federal Rule of Civil Procedure 4(d).  Kamehameha Schools shall answer, move or
27 otherwise respond to both the complaint and the Does' crossclaim on or before June 9, 2008,
28 unless the parties hereafter agree otherwise.

1       5. Nothing herein shall be interpreted or applied to prejudice any party's substantive or procedural claims, rights, or defenses in any way.

DATED:  April 23, 2008         Bingham McCutchen LLP

By:     /s/ Charlene S. Shimada
Charlene S. Shimada
Attorneys for Defendants and Crossclaim Defendants
KAMEHAMEHA SCHOOLS/BERNICE PAUAHI BISHOP ESTATE; J. DOUGLAS ING, NAINOA THOMPSON, DIANE J. PLOTTS, ROBERT K.U. KIHUNE, and CORBETT A.K. KALAMA, in their capacities as Trustees of the Kamehameha Schools/Bernice Pauahi Bishop Estate

DATED:  April 23, 2008         Alston Hunt Floyd & Ing

By:     /s/ Paul Alston
Paul Alston
Attorneys for Defendants and Crossclaim Defendants
KAMEHAMEHA SCHOOLS/BERNICE PAUAHI BISHOP ESTATE; J. DOUGLAS ING, NAINOA THOMPSON, DIANE J. PLOTTS, ROBERT K.U. KIHUNE, and CORBETT A.K. KALAMA, in their capacities as Trustees of the Kamehameha Schools/Bernice Pauahi Bishop Estate

DATED:  April 23, 2008         Levin & Stein

By:     /s/ Jerry H. Stein
Jerry H. Stein
Attorneys for Defendants, Counter-Claimants and Cross-Claimants
JOHN DOE and JANE DOE

DATED:  April 23, 2008         Banks & Watson

By:     /s/ James J. Banks
James J. Banks
Attorneys for Plaintiff and Counter-Defendant
ERIC GRANT

1    IT IS SO ORDERED.

2

3    DATED: April  24, 2008         By:

4

5                                          *[signature]*

6    _____
     HON. FRANK C. DAMRELL, JR.
7    United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4
STIPULATION AND ORDER REGARDING NONDISCLOSURE, Case No. 08-00672 FCD-KJM