| | |
|---|---|
| 1 | Bingham McCutchen LLP |
|   | CHARLENE S. SHIMADA (SBN 91407) |
| 2 | JOHN D. PERNICK (SBN 155468) |
|   | ROBERT BRUNDAGE (SBN 159890) |
| 3 | charlene.shimada@bingham.com |
|   | john.pernick@bingham.com |
| 4 | robert.brundage@bingham.com |
|   | Three Embarcadero Center |
| 5 | San Francisco, CA  94111-4067 |
|   | Telephone:  415.393.2000 |
| 6 | Facsimile:  415.393.2286 |
| 7 | Alston Hunt Floyd & Ing |
|   | PAUL ALSTON (Admitted Pro Hac Vice) |
| 8 | CLYDE J. WADSWORTH (SBN 118928) |
|   | palston@ahfi.com |
| 9 | cwadsworth@ahfi.com |
|   | American Savings Bank Tower, 18th Floor |
| 10 | 1001 Bishop Street |
|   | Honolulu, HI  96813 |
| 11 | Telephone:  808.524.1800 |
|   | Facsimile:  808.524.4591 |
| 12 | |
|   | Attorneys for Defendants and Cross- |
| 13 | Defendants KAMEHAMEHA SCHOOLS/ |
|   | BERNICE PAUAHI BISHOP ESTATE; J. |
| 14 | DOUGLAS ING, NAINOA THOMPSON, |
|   | DIANE J. PLOTTS, ROBERT K.U. KIHUNE, |
| 15 | and CORBETT A.K. KALAMA, in their |
|   | capacities as Trustees of the Kamehameha |
| 16 | Schools/Bernice Pauahi Bishop Estate |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC GRANT,<br><br>　　　　Plaintiff,<br>　　v.<br><br>KAMEHAMEHA SCHOOLS/BERNICE PAUAHI BISHOP ESTATE; J. DOUGLAS ING, NAINOA THOMPSON, DIANE J. PLOTTS, ROBERT K.U. KIHUNE, and CORBETT A.K. KALAMA, in their capacities as Trustees of the Kamehameha Schools/Bernice Pauahi Bishop Estate; JOHN DOE; and JANE DOE,<br><br>　　　　Defendants.<br><br>And Related Cross and Counterclaims. | No. 08-00672 FCD-KJM<br><br>STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND AND FOR ADDITIONAL PAGES |

1  Plaintiff and Counter-Defendant Eric Grant, Defendants, Cross and Counter-Claimants
2  John Doe and Jane Doe and Defendants and Cross-Defendants Kamehameha Schools/Bernice
3  Pauahi Bishop Estate; J. Douglas Ing, Nainoa Thompson, Diane J. Plotts, Robert K.U. Kihune,
4  And Corbett A.K. Kalama (collectively, "KS"), through their counsel of record, hereby stipulate
5  as follows:
6  WHEREAS, Plaintiff and Counter-Defendant Eric Grant filed his complaint in this action
7  on March 28, 2008; and
8  WHEREAS, Defendants, Cross and Counter-Claimants John Doe and Jane Doe
9  (collectively, the "Does") filed their Cross and Counterclaim on April 1, 2008; and
10 WHEREAS, on April 24, 2008, the Court entered a Stipulation and Order Regarding
11 Nondisclosure which provided, *inter alia*, that KS shall answer, move, or otherwise respond to
12 Grant's Complaint and the Does' Cross-Claim on or before June 9, 2008, unless the parties agree
13 otherwise; and
14 WHEREAS, the parties have agreed to a Stipulated Protective Order and are awaiting its
15 approval by the Court before producing confidential documents or confidential information in
16 response to discovery requests, and
17 WHEREAS, the parties need additional time for the briefing in connection with KS'
18 responsive motions as well as additional pages for their respective briefs;
19 NOW, THEREFORE, the parties hereby agree and stipulate to the following:
20 1.  KS shall file its motions to dismiss Grant's Complaint and the Does' Cross-
21 Claim on or before July 9, 2008 and shall set the motions for hearing not less than thirty-five
22 (35) days after filing and electronic service thereof.
23 2.  Notwithstanding Local Rule 78-230(c), Grant and the Does may serve their
24 oppositions by electronic service not less than fourteen (14) days preceding the hearing date.
25 3.  The page limit for KS' opening brief and Grant's and the Does' oppositions shall
26 be 25 pages and the page limit for KS' consolidated reply brief shall be 20 pages.
27
28

| | | |
|---|---|---|
| 1 | DATED:  June 5, 2008 | BANKS & WATSON |
| 2 | | |
| 3 | | By:   /s/ James J. Banks |
| 4 | | JAMES J. BANKS<br>Attorneys for Plaintiff and Counter-Defendant ERIC GRANT |
| 5 | | |
| 6 | DATED:  June 6, 2008 | BINGHAM McCUTCHEN LLP |
| 7 | | ALSTON HUNT FLOYD & ING |
| 8 | | |
| 9 | | By:   /s/ Paul Alston |
| 10 | | PAUL ALSTON<br>CHARLENE SHIMADA |
| 11 | | Attorneys for Defendants and Cross-Defendants KAMEHAMEHA SCHOOLS/BERNICE PAUAHI BISHOP ESTATE; J. DOUGLAS ING, NAINOA THOMPSON, DIANE J. PLOTTS, ROBERT K.U. KIHUNE, and CORBETT A.K. KALAMA, in their capacities as Trustees of the Kamehameha Schools/Bernice Pauahi Bishop Estate |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | DATED:  June 6, 2008 | LEVIN & STEIN |
| 17 | | KUNIYUKI & CHANG |
| 18 | | |
| 19 | | By:   /s/ Jerry H. Stein |
| 20 | | JERRY H. STEIN<br>Attorneys for Defendants and Counterclaimants JOHN DOE and JANE DOE |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

2

## ORDER

Based upon the stipulation of the parties reflected above, and good cause appearing therefor:

IT IS SO ORDERED.

Dated: June 9, 2008

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE