ALSTON HUNT FLOYD & ING
PAUL ALSTON (Admitted Pro Hac Vice)
CLYDE J. WADSWORTH (SBN 118928)
palston@ahfi.com
cwadsworth@ahfi.com
American Savings Bank Tower
1001 Bishop Street, 18th Floor
Honolulu, HI 96813
Telephone: (808) 524-1800
Facsimile: (808) 524-4591

BINGHAM McCUTCHEN LLP
CHARLENE S. SHIMADA (SBN 91407)
JOHN D. PERNICK (SBN 155468)
ROBERT BRUNDAGE (SBN 159890)
charlene.shimada@bingham.com
john.pernick@bingham.com
robert.brundage@bingham.com
Three Embarcadero Center
San Francisco, CA 94111-4067
Telephone: (415) 393-2000
Facsimile: (415) 393-2286

Attorneys for Defendants and Cross-Claim Defendants
KAMEHAMEHA SCHOOLS/BERNICE PAUAHI
BISHOP ESTATE; J. DOUGLAS ING, NAINOA
THOMPSON, DIANE J. PLOTTS, ROBERT K.U. KIHUNE,
and CORBETT A.K. KALAMA, in their capacities
as Trustees of the Kamehameha Schools/Bernice Pauahi Bishop Estate

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC GRANT,<br><br>             Plaintiff,<br><br>   v.<br><br>KAMEHAMEHA SCHOOLS/BERNICE PAUAHI BISHOP ESTATE; et al.,<br><br>             Defendants.<br><br>And Related Cross and Counterclaims. | CASE NO. 2:08-cv-00672-FCD-KJM<br><br>ORDER ALLOWING FILING UNDER SEAL OF EXHIBITS 23 AND 24 TO THE DECLARATION OF PAUL ALSTON IN SUPPORT OF KAMEHAMEHA SCHOOLS DEFENDANTS AND CROSS-CLAIM DEFENDANTS' MOTION FOR LEAVE TO FILE CONFIDENTIAL AGREEMENTS UNDER SEAL<br><br>Date: October 31, 2008<br>Time: 10:00 a.m.<br>Courtroom: 2<br>Before: Hon. Frank C. Damrell, Jr. |

-1-

ORDER ALLOWING FILING UNDER SEAL OF EXHIBITS 23 AND 24 TO THE DECLARATION OF PAUL ALSTON IN SUPPORT OF KAMEHAMEHA SCHOOLS DEFENDANTS AND CROSS-CLAIM DEFENDANTS' MOTION FOR LEAVE TO FILE CONFIDENTIAL AGREEMENTS UNDER SEAL, CASE NO. 2:08-cv-00672-FCD-KJM

Pursuant to Eastern District Local Rule 39-141, the Court, having reviewed the Motion to File Confidential Agreements Under Seal and the Declaration of Paul Alston in Support of The Kamehameha Schools Defendants and Cross-Defendants' Motion to Dismiss and For Leave to File Confidential Agreements Under Seal, and good cause appearing, hereby finds:

Exhibits 23 and 24 which The Kamehameha Schools Defendants and Cross-Defendants seek to file under seal include agreements covered by the confidentiality provisions of the Stipulated Protective Order because they deal with sensitive financial matters for which John Doe and Jane Doe claim an attorney-client privilege.  The Court therefore concludes that filing of the Exhibits under seal is proper.

## ORDER

Now, therefore, it is hereby ORDERED that Exhibits 23 and 24 to the Declaration of Paul Alston in Support of The Kamehameha Schools Defendants and Cross-Defendants' Motion to File Confidential Agreements Under Seal shall be filed under seal by the Clerk of the Court and made available only to the Court or counsel of record in this case.

**IT IS SO ORDERED.**

DATED:  July 14, 2008                    By: _____

The Honorable Frank C. Damrell, Jr.
UNITED STATES DISTRICT JUDGE